# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **PAMELA TREWHITT, on behalf of herself and all others similarly situated,** | CASE NO. 8:12-CV-00287-JFB-TDT |
| **Plaintiff,** | |
| vs. | |
| **CONAGRA FOODS, INC., a Delaware Corporation** | |
| **Defendant.** | |

## ORDER OF DISMISSAL

It is hereby ordered that this Court approves the dismissal of this action without prejudice and without costs pursuant to Plaintiff's Notice of Voluntary Dismissal pursuant to F.R.C.P. 41(a)(1)(A)(i).

DATED this 25th day of March, 2013.

BY THE COURT:

s/ Joseph F. Bataillon